ALB:PP
F. #2018R01977/OCDETF# NY-NYE-0853

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

     - against -

MAOLONG LI,
     also known as "Manager,"
MING CHEN,
     also known as "Cow,"
ZHIXIONG LI,
     also known as "Old Li," and
JOSE CARRANZA SERRATO,
     also known as "Amigo,"

          Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★   SEP 2 4 2020   ★

LONG ISLAND OFFICE

I N D I C T M E N T

Cr. R.  20  399
(T. 21, U.S.C., §§ 841(a)(1),
841(b)(1)(A)(viii), 841(b)(1)(B)(viii),
846, 853(a) and 853(p); T. 18, U.S.C.,
§§ 2 and 3551 et seq.)

CHEN, J.

REYES, JR. M.J.

THE GRAND JURY CHARGES:

<u>COUNT ONE</u>
(Conspiracy to Distribute and Possess with Intent to Distribute Methamphetamine)

     1.     In or about and between August 2018 and December 2019, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendants MAOLONG LI, also known as "Manager," MING CHEN, also known as "Cow," ZHIXIONG LI, also known as "Old Li," and JOSE CARRANZA SERRATO, also known as "Amigo," together with others, did knowingly and intentionally conspire to distribute and possess with intent to distribute a controlled substance, which offense involved a substance containing methamphetamine, a Schedule II controlled substance, contrary to Title 21, United States Code, Section 841(a)(1). The amount of methamphetamine involved in the

2

conspiracy attributable to each defendant as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him, was 500 grams or more of a mixture and substance containing a detectable about of methamphetamine, its salts, isomers, and salts of its isomers.

(Title 21, United States Code, Sections 846 and 841(b)(1)(A)(viii); Title 18, United States Code, Sections 3551 et seq.)

## COUNT TWO
(Distribution and Possession with Intent to Distribute Methamphetamine)

2.    In or about September 2018, within the Eastern District of New York, the defendant MAOLONG LI, also known as "Manager," together with others, did knowingly and intentionally distribute and possess with intent to distribute a controlled substance, which offense involved 50 grams or more of a mixture and substance containing a detectable about of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

(Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(viii); Title 18, United States Code, Sections 2 and 3551 et seq.)

## COUNT THREE
(Distribution and Possession with Intent to Distribute Methamphetamine)

3.    In or about and between July 2019 and December 2019, both dates being approximate and inclusive, within the Eastern District of California, the defendant JOSE CARRANZA SERRATO, also known as "Amigo," together with others, did knowingly and intentionally distribute and possess with intent to distribute a controlled substance, which offense involved 500 grams or more of a mixture and substance containing

a detectable about of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

(Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii); Title 18, United States Code, Sections 2 and 3551 et seq.)

## COUNT FOUR
(Distribution and Possession with Intent to Distribute Methamphetamine)

4.      In or about February 2020, within the Eastern District of New York, the defendant MING CHEN, also known as "Cow," together with others, did knowingly and intentionally distribute and possess with intent to distribute a controlled substance, which offense involved 50 grams or more of a mixture and substance containing a detectable about of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

(Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(viii); Title 18, United States Code, Sections 2 and 3551 et seq.)

## CRIMINAL FORFEITURE ALLEGATION

5.      The United States hereby gives notice to the defendants that, upon their conviction of any of the offenses charged in Counts One through Four, the government will seek forfeiture in accordance with Title 21, United States Code, Section 853(a), which requires any person convicted of such offenses to forfeit: (a) any property constituting, or derived from, any proceeds obtained directly or indirectly as the result of such offenses, and (b) any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offenses.

4

6.    If any of the above-described forfeitable property, as a result of any act or omission of the defendants:

      (a)    cannot be located upon the exercise of due diligence;

      (b)    has been transferred or sold to, or deposited with, a third party;

      (c)    has been placed beyond the jurisdiction of the court;

      (d)    has been substantially diminished in value; or

      (e)    has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendants up to the value of the forfeitable property described in this forfeiture allegation.

(Title 21, United States Code, Sections 853(a) and 853(p))

A TRUE BILL

_____
FOREPERSON

_____
SETH D. DuCHARME
ACTING UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

F.#: 2018R01977/OCDETF# NY-NYE-0853

FORM DBD-34
JUN. 85

No.

# UNITED STATES DISTRICT COURT

EASTERN *District of* NEW YORK

## CRIMINAL DIVISION

### THE UNITED STATES OF AMERICA

*vs.*

*MAOLONG LI, also known as "Manager," MING CHEN, also known as "Cow," ZHIXIONG LI, also known as "Old Li," AND JOSE CARRANZA SERRATO, also known as "Amigo,*

Defendants.

# INDICTMENT

(T. 21, U.S.C., §§ 841(a)(1), 841(b)(1)(A)(viii), 841(b)(1)(B)(viii), 846, 853(a) and 853(p); T. 18, U.S.C., §§ 2 and 3551 et seq.)

*A true bill.*

_____
                                                                                 *Foreperson*

*Filed in open court this* _____ *day,*

*of* _____ *A.D. 20* _____

_____
                                                                                           *Clerk*

*Bail, $* _____

*Philip Pilmar, Assistant U.S. Attorney (718) 254-6106*